LAZARUS BELFER, Respondent, *v.* MORGIANA LUDLOW et al., Appellants.

(Submitted December 8, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The following is a *mem.* of the opinion :

" The amount involved in this controversy is insufficient to give this court jurisdiction of the appeal.

" The damages awarded against the appellant were but little over $300, and fall short of the amount authorizing an appeal to this court. The appeal should, therefore, be dismissed, with costs."

*Horace Graves* for appellants.

*William J. Gaynor* for respondent.

*Per Curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed.